Philip S. McCune, WSBA #21081
J. Chad Mitchell, WSBA #39689
Summit Law Group PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Tel: (206) 676-7000
Fax: (206) 676-7001
philm@summitlaw.com
chadm@summitlaw.com

Sean M. Kneafsey (*pro hac vice*)
Shaun Swiger (*pro hac vice*)
Kneafsey & Friend LLP
800 Wilshire Boulevard, Suite 710
Los Angeles, CA 90017
Tel: (213) 892-1200
Fax: (213) 892-1208
skneafsey@kneafseyfriend.com
sswiger@kneafseyfriend.com

*Attorneys for Plaintiff ThermaPure, Inc.*

THE HONORABLE ROBERT H. WHALEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THERMAPURE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JUST RIGHT CLEANING & CONSTRUCTION, INC., a Washington corporation,<br><br>Defendant. | CASE NO. CV-11-00431-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER** |
| JUST RIGHT CLEANING & CONSTRUCTION, INC., a Washington corporation,<br><br>Counterclaimant,<br><br>v.<br><br>THERMAPURE, INC., a California corporation,<br><br>Counterdefendant. | |

ORDER GRANTING STIPULATED MOTION FOR
PROTECTIVE ORDER
CASE NO. CV-11-00431-RHW

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  This matter has come before the Court on the parties' Stipulated Motion for
2  Entry of Protective Order.  Having reviewed all relevant papers and pleadings and
3  being otherwise familiar with the file and relevant matters, the Court finds and
4  rules as follows:

5  The Stipulated Motion is hereby GRANTED.

6  IT IS SO ORDERED.

7  DATED this 28th day of June, 2012.

      *s/Robert H. Whaley*
      THE HONORABLE ROBERT H. WHALEY
      United States District Court Judge

ORDER GRANTING STIPULATED MOTION FOR
PROTECTIVE ORDER - 1
CASE NO. CV-11-00431-RHW

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001