1  KNEAFSEY & FRIEND LLP
2  Sean M. Kneafsey (SBN 180863)
   skneafsey@kneafseyfriend.com
3  800 Wilshire Blvd., Suite 710
4  Los Angeles, CA 90017
   Tel: (213) 892-1200                                    JS-6
5  Fax: (213) 892-1208
6
   *Attorney for* Thermapure, Inc.
7
8              UNITED STATES DISTRICT COURT
9
10             CENTRAL DISTRICT OF CALIFORNIA
               SOUTHERN DIVISION
11

| | |
|---|---|
| 12  RESOTRATION INDUSTRY ASSOCIATION, INC., | Case No. 2:13-cv-03169-JVS-RZ |
| 13 | Consolidated with |
| 14           Plaintiff, | 2:13−cv−04052−JVS−RZ and **2:13-cv-08523-JVS-RZ** |
| 15       v. | **ORDER OF DISMISSAL** |
| 16  THERMAPURE, INC, | |
| 17           Defendant. | |
| 18 | Date: July 28, 2014 |
| 19  AND RELATED ACTIONS | Time; 1:30 p.m. Courtroom No.: 10C |

20
21      WHEREAS, the Restoration Industry Association, Inc., ("RIA") filed the
22  action of *Restoration Industry Association, Inc. v. Thermapure Inc.*, Case No. 2:13-
23  cv-01369 JVS (RZx) asserting in its Third Amended Complaint a cause of action
24  seeking a Declaratory Judgment of Invalidity of U.S. Patent No. 6,327,812 (the
25  "'812 Patent") contending that the '812 Patent is invalid and unenforceable.
26      WHEREAS, Thermapure filed the action of *Thermapure v. Water Out
27  Oregon*, Case No: 11-cv-05958-BHS (W.D. Wash.), now consolidated as Case No.
28

- 1 -
ORDER OF DISMISSAL

2:13-cv-04052 ("Water Out Action") against Water Out Oregon and Water Out of Oregon, Inc. (collectively "Water Out Oregon") for infringement of the '812 Patent;

WHEREAS, Water Out Oregon filed a counterclaims in the Water Out Action for a Declaratory Judgment of Non-Infringement and Invalidity of the '812 Patent;

WHEREAS, Thermapure filed the action of *Thermapure v. Just Right*, Case No: 11-cv-00431-RHW (E.D. Wash.), now consolidated as Case No. 2:13-cv-08523-JVS-RZ ("Just Right Action") for infringement of the '812 Patent ("Just Right Action");

WHEREAS, Just Right Cleaning and Construction, Inc. ("Just Right") filed counterclaims in the Just Right Action for a Declaratory Judgment of Non-Infringement and Invalidity of the '812 Patent.

WHEREAS, the RIA, Thermapure, Water Out Oregon, and Just Right (collectively the "Parties") have entered into a Settlement Agreement ("Agreement") dated June 25, 2014;

WHEREAS, the Restoration Industry Association has stipulated and agreed that the U.S. Patent No. 6,327,812 is valid.

WHEREAS, the Restoration Industry Association has stipulated and agreed to a dismissal of its Third Amended Complaint for Declaratory Judgment of Invalidity of U.S. Patent No. 6,327,812 with prejudice.

WHEREAS, Thermapure has covenanted and stipulated not to sue any RIA Member in good standing for infringement of the '812 patent where that member does not heat ambient air inside a structure to a temperature in excess of 105 degrees.

WHEREAS, Thermapure's stipulation does not constitute an admission the '812 patent contains a temperature limitation.

WHEREAS, Thermapure, on behalf of itself, TPE Associates LLC, and E-Therm, Inc., represents and warrants that it has the full authority to grant this

covenant and that as of the date of this stipulation has not assigned the right to sue for infringement of the '812 Patent.

WHEREAS, Water Out Oregon and Water Out of Oregon, Inc., have represented and warranted that they have never heated ambient air inside a structure to in excess of 105 degrees.

WHEREAS, although Thermapure contends that this is not a claim limitation, subject to that representation being accurate, Thermapure agrees to a dismissal of its Complaint against Water Out Oregon for Infringement of U.S. Patent No. 6,327,812 with prejudice.

WHEREAS, Water Out Oregon and Water Out Oregon, Inc. have stipulated and agreed that the U.S. Patent No. 6,327,812 is valid and have stipulated and agreed to a dismissal of counterclaims for Declaratory Judgment of Non-Infringement and Invalidity of U.S. Patent No. 6,327,812 with prejudice.

WHEREAS, Just Right Cleaning and Construction, Inc. has represented and warranted that it has never heated ambient air inside a structure to in excess of 105 degrees.

WHEREAS, although Thermapure contends that this is not a claim limitation, subject to the foregoing representation being accurate, Thermapure agrees to dismissal of its Complaint against Just Right for Infringement of U.S. Patent No. 6,327,812 with prejudice.

WHEREAS, Just Right Cleaning and Construction, Inc. has stipulated and agreed that the U.S. Patent No. 6,327,812 is valid and has stipulated and agreed to a dismissal of counterclaims for Declaratory Judgment of Non-Infringement and Invalidity of U.S. Patent No. 6,327,812 with prejudice.

WHEREAS, The Parties have stipulated that the Court retain jurisdiction to enforce the terms of the Agreement.

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Restoration Industry Association's Third Amended Complaint for Declaratory Judgment of Invalidity of U.S. Patent No. 6,327,812 is dismissed with prejudice.

2. Subject to the accuracy of representation and warranty of Water Out Oregon and Water Out Oregon, Inc., that they have never heated ambient air inside a structure to in excess of 105 degrees, Thermapure's Complaint against Water Out Oregon for Infringement of U.S. Patent No. 6,327,812 is dismissed with prejudice.

3. Water Out Oregon's and Water Out of Oregon, Inc.'s counterclaims for Declaratory Judgment of Non-Infringement and Invalidity of U.S. Patent No. 6,327,812 are dismissed with prejudice.

4. Subject to the accuracy of representation and warranty of Just Right Cleaning and Construction Inc. that it has never heated ambient air inside a structure to in excess of 105 degrees, Thermapure's Complaint against Just Right for Infringement of U.S. Patent No. 6,327,812 is dismissed with prejudice.

5. Just Right Cleaning and Construction, Inc.'s counterclaims for Declaratory Judgment of Non-Infringement and Invalidity of U.S. Patent No. 6,327,812 are dismissed with prejudice.

6. The Court retains jurisdiction over this matter to enforce the terms of the Agreement.

DATED: July 08, 2014

_____
The Hon. James V. Selna
United States District Judge